1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA C. CALVERT, SBN IL 6191786
   Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
     333 Market Street, Suite 1500
5    San Francisco, California 94105
     Telephone: (415) 977-8972
6    Facsimile: (415) 744-0134
     Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11
   AURELIA PRICE,                    )
12                                   )   CASE NO.: C-4:11-01930-LB
              Plaintiff,             )
13                                   )   STIPULATION AND ~~PROPOSED~~ ORDER
         v.                          )   FOR A FIRST EXTENSION FOR
14                                   )   DEFENDANT TO FILE NOTICE, MOTION,
   MICHAEL J. ASTRUE,                )   AND MEMORANDUM IN SUPPORT OF
15 Commissioner of                   )   CROSS-MOTION FOR SUMMARY
   Social Security,                  )   JUDGMENT AND IN OPPOSITION TO
16                                   )   PLAINTIFF'S MOTION FOR SUMMARY
              Defendant.             )   JUDGMENT
17 _____   )

18

19     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until October 12, 2011, in which to file

21 his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23     This is Defendant's first request for an extension of time in this matter.

24                              Respectfully submitted,

25 Dated: September 8, 2011       */s/ Nancy K. McCombs*
                                  (as authorized via e-mail)
26                                NANCY K. MCCOMBS
                                  Attorney for Plaintiff
27

28

                                                              STIPULATION AND ORDER
                                                              CV 11-01930 LB

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: September 8, 2011 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 16, 2011

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Laurel Beeler*